UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| CHUKWUMA E. AZUBUKO, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> )   Civil No. 06-180-P-S <br> US COURT OF APPEARLS FOR ) <br> THE ELEVENTH CIRCUIT, ) <br> ) <br>     Defendant ) <br> ) | |

ORDER AFFIRMING THE
<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>

The United States Magistrate Judge filed with the Court on October 26, 2006, her Recommended Decision (Docket No. 2). Plaintiff filed his Objection to the Recommended Decision (Docket No. 5; 6) on November 8, 2006.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de</u> <u>novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. The Complaint (Docket No. 1) is summarily <u>DISMISSED</u> for failure to state a claim for which relief can be granted by this Court.

 _/s/ George Z. Singal_____
 Chief U.S. District Judge

Dated: November 9, 2006